# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| LaSalle Systems Leasing Inc., an Illinois Corporation, v. Best Rest Motel, Inc., a California corporation, d/b/a Comfort Inn Airport at Old Town | FILED: APRIL 14, 2008<br>08 CV 2116   JH<br>JUDGE KENDALL<br>MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LaSalle Systems Leasing, Inc., an Illinois corporation

| | |
|---|---|
| **NAME (Type or print)**<br>William M. McErlean | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ William M. McErlean | |
| **FIRM**<br>BARNES & THORNBURG LLP | |
| **STREET ADDRESS**<br>ONE NORTH WACKER DRIVE, SUITE 4400 | |
| **CITY/STATE/ZIP**<br>CHICAGO, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>3122871 | **TELEPHONE NUMBER**<br>(312) 357-1313 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |