U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| LaSalle Systems Leasing Inc., an Illinois Corporation, <br> v. <br> Best Rest Motel, Inc., a California corporation, <br> d/b/a Comfort Inn Airport at Old Town | FILED: APRIL 14, 2008 <br> 08 CV 2116   JH <br> JUDGE KENDALL <br> MAGISTRATE JUDGE NOLAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LaSalle Systems Leasing, Inc., an Illinois corporation

| NAME (Type or print) |
|---|
| Jennifer A. Kimball |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Jennifer A. Kimball |
| FIRM |
| BARNES & THORNBURG LLP |
| STREET ADDRESS |
| ONE NORTH WACKER DRIVE, SUITE 4400 |
| CITY/STATE/ZIP |
| CHICAGO, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291184 | (312) 357-1313 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐