UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **LASALLE SYSTEMS LEASING INC.,** an Illinois corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | Case No. |
| **BEST REST MOTEL, INC.,** a California Corporation, d/b/a COMFORT INN AIRPORT AT OLD TOWN, | ) ) ) ) ) | |
| Defendant. | ) | |

```
FILED: APRIL 14, 2008
08 CV 2116    JH
JUDGE KENDALL
MAGISTRATE JUDGE NOLAN
```

DISCLOSURE STATEMENT OF
LASALLE SYSTEMS LEASING INC.

Plaintiff, LaSalle Systems Leasing Inc. ("LaSalle"), by its attorneys, Barnes & Thornburg LLP, pursuant to Fed. R. Civ. P. 7.1(a) and United States District Court for the Northern District of Illinois, Eastern Division, Local Rule 3.2, makes the following disclosure statement:

1. LaSalle's parent corporation is MB Financial, Inc., a publicly-traded corporation.

Respectfully submitted,

LASALLE SYSTEMS LEASING, INC.

By: s/ William M. McErlean
One of Its Attorneys

William M. McErlean
Jennifer A. Kimball
BARNES & THORNBURG LLP
One N. Wacker Drive, Suite 4400
Chicago, IL 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646