UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LASALLE SYSTEMS LEASING INC., an Illinois corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BEST REST MOTEL, INC., a California Corporation, d/b/a COMFORT INN AIRPORT AT OLD TOWN,<br><br>    Defendant. | Case No. 08 CV 2116<br><br>Judge Virginia Kendall |

## INITIAL STATUS REPORT

Plaintiff, LaSalle Systems Leasing, Inc. ("LaSalle"), through its counsel, Barnes & Thornburg LLP, hereby submits its Initial Status Report:

1. <u>Attorneys of Record.</u>  The attorneys of record for LaSalle are:

William M. McErlean, ARDC #3122871
Jennifer A. Kimball, ARDC #6291184
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

No attorney has filed an appearance on behalf of Best Rest Motel Inc. ("Best Rest") because the parties, through counsel, have entered into a settlement and are in the process of preparing an appropriate Settlement Agreement.  Attorney Robert Ball of San Diego represents Best Rest in the settlement discussions.

2. <u>Basis for Federal Jurisdiction.</u>  The basis for federal jurisdiction is 28 U.S.C. § 1332, diversity.  This is a civil action where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

3. <u>Nature of the Claims.</u>  This is a one-count complaint for breach of contract arising out of an equipment lease agreement (the "Lease") between the parties and concerning Best Rest's breach of the Lease.

4. <u>Name of any party not yet served.</u>  None.

5. <u>Principal legal issues.</u>  The principal legal issues are whether Best Rest breached the Lease when it stopped making monthly rental payments as required by the Lease, and the calculation of damages to which LaSalle is entitled, as provided under the Lease.

6. <u>Principal factual issues.</u>  LaSalle is unaware of any dispute regarding the factual issues asserted in the Complaint.

7. <u>Jury trial.</u>  LaSalle has not sought a jury trial.

8. <u>Discovery to date and anticipated.</u>  None, although this is subject to change in the unlikely event that the parties are unable to finalize their Settlement Agreement.

. 9. <u>Earliest date for trial.</u>  No trial is anticipated, except in the unlikely event that the parties are unable to finalize their Settlement Agreement.

10. <u>Magistrate.</u>  LaSalle does not consent to proceed before the Magistrate Judge.

11. <u>Settlement.</u>  The parties have reached a settlement and are in the process of preparing an appropriate Settlement Agreement.

Respectfully submitted,

**LASALLE SYSTEMS LEASING, INC.**

By: /s/ William M. McErlean
    One of Its Attorneys

William M. McErlean, ARDC #3122871
Jennifer A. Kimball, ARDC #6291184
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
(312) 357-1313

## CERTIFICATE OF SERVICE

I, William M. McErlean, an attorney, certify that a copy of the foregoing, **Initial Status Report**, was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent via facsimile, on this 17th day of June, 2008, upon the Defendant's attorneys as follows:

>Robert A. Ball
>NBC Tower
>225 Broadway, Suite 2220
>San Diego, California 92101-5019
>(619) 234-4055

>/s/ William M. McErlean
>William M. McErlean

\CHDS01 JKIMBALL 470627v1