**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

LaSalle Systems Leasing Inc.
                        Plaintiff,

v.                                                  Case No.: 1:08−cv−02116
                                                  Honorable Virginia M. Kendall

Best Rest Motel, Inc.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Defendant fails to appear.Status hearing held. Plaintiff reports the case has settled. All matters in controversy having been resolved, this action is dismissed in its entirety. Civil case terminated. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.